

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00312-CV

David Allan **EDWARDS**,
Appellant

v.

**COUNTY OF ATASCOSA**, et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas Franklin Lee, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 23, 2014.

_____
Patricia O. Alvarez, Justice